IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | | |
|---|---|---|
| ROBERT ALLEN, et al. | ) | Civil No. 03-1358 DAE-RJJ |
| | ) | Consolidated with |
| Plaintiffs, | ) | Civil No. 05-0472-DAE-RJJ |
| | ) | |
| vs. | ) | |
| | ) | |
| J. GREGORY DAMM, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

ORDER SCHEDULING STATUS CONFERENCE

The Court hereby schedules a status conference on Tuesday, September 7, 2010, at 11:00 a.m., at the United States District Court for the District of Nevada, 333 Las Vegas Boulevard, South, Las Vegas, Nevada, in a courtroom to be assigned.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, August 9, 2010.

_____
DAVID ALAN EZRA
UNITED STATES DISTRICT JUDGE