IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEVADA

| | |
|---|---|
| CHARLES ALLEN, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil No. CV-S-03-1358-DAE-RJJ |
| ) | |
| UNITED STATES OF AMERICA, et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER GRANTING FEDERAL DEFENDANTS' UNOPPOSED MOTION FOR A THIRTY (30) DAY EXTENSION OF TIME TO FILE REPLY BRIEF**

BASED ON THE FEDERAL DEFENDANTS' Unopposed Motion for a Thirty (30) Day Extension of Time to File a Reply Brief regarding the motion to dismiss or, in the alternative, for summary judgment filed on November 15, 2010, and good cause appearing therefore, the motion is granted and the reply brief is due on or before July 25, 2011.

Dated: June 22, 2011.

_____
DAVID EZRA
Federal District Judge