UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| CHARLES ALLEN, et al., )<br>   )<br>            Plaintiff, )<br>   )<br>vs. )<br>   )<br>GREGORY DAMM, et al., )<br>   )<br>            Defendant. )<br>_____) | 2:03-cv-1358-DAE-RJJ<br><br>**ORDER** |

    IT IS HEREBY ORDERED that the parties shall file joint Interim Discovery Status Reports on April 20, 2012; June 18, 2012; and, August 17, 2012.

    IT IS FURTHER ORDERED that the joint Interim Discovery Status Reports shall contain the following:

    1.    Shall identify the discovery that has been completed;

    2.    Shall identify the discovery that remains outstanding;

    3.    Shall identify any pending discovery motions; and,

    4.    Shall detail all attempts to settle the case.

DATED this __13th__ day of February, 2012.

ROBERT J. JOHNSTON
United States Magistrate Judge