UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| CHARLES ALLEN, *et al.*, <br><br> Plaintiff, <br><br> vs. <br><br> GREGORY DAMM, *et al.*, <br><br> Defendant. | 2:03-cv-1358-DAE-RJJ <br><br> **ORDER** |

    IT IS HEREBY ORDERED that the parties shall file joint Interim Discovery Status Reports on April 20, 2012; June 18, 2012; and, August 17, 2012.

    IT IS FURTHER ORDERED that the joint Interim Discovery Status Reports shall contain the following:

    1.    Shall identify the discovery that has been completed;

    2.    Shall identify the discovery that remains outstanding;

    3.    Shall identify any pending discovery motions; and,

    4.    Shall detail all attempts to settle the case.

DATED this __13th__ day of February, 2012.

*(signature)*

ROBERT J. JOHNSTON
United States Magistrate Judge