IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| LEE BELCHER, et al., | )<br>)<br>) |
| Plaintiffs, | )<br>)<br>) |
| vs. | )   Civil No. 03-1358 DAE-GWF<br>)   Consolidated with |
| UNITED STATES OF AMERICA, et al., | )   Civil No. 05-0472 DAE-GWF<br>) |
| Defendants. | )<br>) |

ORDER RESETTING HEARING

The Court hereby resets the hearing on Federal Defendants' Motion to Strike Expert Disclosure Served by Plaintiffs Lori Kahre and Lee Belcher (Including Expert Report) and Disallow the Expert's Testimony (Doc. #336), Federal Defendants' Motion for Summary Judgment Regarding the Remaining Claim of Plaintiffs Lori Kahre and Lee Belcher (Doc. # 350), and Federal Defendants' Motion to Dismiss all Remaining Claims or, in the alternative, for Summary Judgment (Doc. # 369) to Wednesday July 24, 2013 at 10:30 a.m., at the United States District Court for the District of Nevada, 333 Las Vegas Boulevard, South, Las Vegas, Nevada, in Courtroom 4B.

IT IS SO ORDERED.

DATED: San Antonio, Texas, March 12, 2013.

_____
David Alan Ezra
United States District Judge