IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| CHARLES ALLEN, et al., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| UNITED STATES OF AMERICA, ) | CV NO. 03-1358-DAE-RJJ |
| et al., ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

ORDER SETTING DEADLINE FOR PLAINTIFF TO DEPOSE JARED HALPER AND GREGG DAMM

Before the Court is Defendant's Motion to Request the Court to Set a Deadline of October 25, 2013 for the Plaintiff to Depose Jared Halper and Gregg Damm. (Dkt. # 400.) Plaintiff Robert Kahre responded by requesting the Court to order the deadline by February 5, 2014. (Dkt. # 401.)

As this Court's August 9, 2013 order indicated (Dkt. # 399 at 22–28), and all parties agree, there is one claim pending: the destruction of property. Given the limited scope of the remaining claim against Defendants, as well as the lengthy history of this case, the Court orders the depositions of Jared Halper and

1

Gregg Damm to take place on or before **November 15, 2013**.

       IT IS SO ORDERED**.**

       DATED: Las Vegas, Nevada, September 11, 2013.

_____
David Alan Ezra
Senior United States Distict Judge