IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| CHARLES ALLEN, et al.,           ) | |
| )| |
| Plaintiff,          ) | |
| ) | |
| v.          ) | |
| ) | |
| UNITED STATES OF AMERICA,   ) | CV NO. 03-1358-DAE-RJJ |
| et al.,           ) | |
| ) | |
| Defendants.          ) | |
| _____ ) | |

ORDER GRANTING FEDERAL DEFENDANTS' MOTION FOR EXTENSION

Before the Court is Federal Defendants' Unopposed Motion for an Eight (8) Day Extension of Time to File a Reply Brief.  (Dkt. # 415.)  Finding good cause warranting an extension, the Court **GRANTS** Federal Defendants' Motion.  Federal Defendants' Reply is due on or before January 13, 2014.

IT IS SO ORDERED**.**

DATED: Las Vegas, Nevada, December 26, 2013.

_____

David Alan Ezra
Senior United States Distict Judge

1