IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| CHARLES ALLEN, et al., | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| vs. | ) Case No.: 2:03-CV-1358-DAE<br>) |
| UNITED STATES OF AMERICA, et al., | )<br>) |
| Defendants. | )<br>) |

ORDER SCHEDULING HEARING

The Court hereby schedules a hearing on **Friday, May 16, 2014 at 9 :00 a.m.**, at the United States District Court for the District of Nevada, 333 Las Vegas Boulevard, South, Las Vegas, Nevada, in a Courtroom to be determined, on Federal Defendants' Motion for Summary Judgment Regarding the Remaining Claim (Dkt. # 409.)

IT IS SO ORDERED.

DATED: Las Vegas, Nevada, March 4, 2014.

_____

David Alan Ezra
United States District Judge