IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| CHARLES ALLEN, et al., | Case No.: 2:03-CV-1358-DAE-GWF |
| Plaintiffs, | |
| vs. | |
| UNITED STATES OF AMERICA, et al., | |
| Defendants. | |

ORDER SCHEDULING HEARING

The Court hereby provides notice to the parties regarding the courtroom for the hearing scheduled on **Friday, May 16, 2014 at 9:00 a.m.**, at the United States District Court for the District of Nevada, 333 Las Vegas Boulevard, South, Las Vegas, Nevada. The hearing on Defendant's Motion for Summary Judgment (Dkt. # 409) shall take place in **Courtroom 4(a)**.

IT IS SO ORDERED.

DATED: Las Vegas, Nevada, May 12, 2014.

_____
David Alan Ezra
Senior United States Distict Judge